UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY ROOSEVELT DALIET | CIVIL ACTION |
| VERSUS | NO. 12-2476 |
| ST. BERNARD PARISH PRISON | SECTION "C"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection and request for an attorney filed by the plaintiff, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court notes that there is authority for allowing a *pro se* plaintiff such as Mr. Daliet an opportunity to amend his complaint to name the proper defendant. *Gallegos v.* State of Louisiana Code of Criminal Procedures, etc., 858 F.2d 1091 (5th Cir. 1988). The Court also notes that because Mr. Daliet is housed in FMC Buttner at this time and because his complaint concerns a condition of confinement at St. Bernard Parish Jail, the circumstances weigh against allowing such an amendment under the rule set forth in *Gallegos*. The Court will not appoint an attorney to represent the plaintiff. Therefore,

**IT IS ORDERED** that the plaintiff Larry Roosevelt Daliet's 42 U.S.C. § 1983 claims against the defendant, improperly named St. Bernard Parish Prison, is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e, for lack of subject

matter jurisdiction and for otherwise failing to state a claim upon which relief can be granted.

New Orleans, Louisiana, this \_\_\_\_4th\_\_\_\_ day of October, 2013.

_____
**UNITED STATES DISTRICT JUDGE**